UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SONIA RUTH KRUKS,<br>A36 326 926 | ) | Case No: 06-CV-1685 |
| | ) | |
| Petitioner/Plaintiff | ) | |
| | ) | |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| -vs- | ) | |
| | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary | ) | |
| of Department of Homeland Security, | ) | |
| et. al. | ) | |
| | ) | |
| Respondents/Defendants. | ) | |

NOTICE OF VOLUNTARY DISMISSAL

Respondents, through counsel, have represented that Petitioner/Plaintiff's application for naturalization has been approved and they will schedule her for a citizenship oath ceremony forthwith. Based on Respondents' representations, Petitioner/Plaintiff dismisses her petition without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,

s/David W. Leopold
David Wolfe Leopold (0029693)
DAVID WOLFE LEOPOLD & ASSOC. CO., LPA
Euclid Ninth Tower
2000 East Ninth St.
Suite 300
Cleveland, OH 44115

Tel    216.696.4676
Fax   216.696.8268
Email  dleopold@immvisa.com

Attorney for Petitioner/Plaintiff

So Ordered.
    /s/ Patricia A. Gaughan
        8/18/06

1